# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA RANGEL,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE WEST, a California corporation, JOSE MARTINEZ, an individual, and TRACY J. FISHER, an individual,<br><br>    Defendants. | 1:09-cv-01467 AWI GSA<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO FOLLOW A COURT ORDER** |

On December 30, 2010, this Court issued its Order Regarding Plaintiff's Motions to Quash Defendant's Deposition Subpoenas. (*See* Doc. 49.) In part, the Court concluded by ordering that Plaintiff's motions be denied and that the records relative to the subpoenas at issue were to be produced within five days of the date of the Order. (Doc. 49 at 9, ¶¶ 1-2.) Additionally, and relevant here, the Court ordered as follows:

> The parties are directed to meet and confer and submit a suitable stipulated protective order to protect the relevant privacy interests to the Court within five days of this Order. The protective order shall include language that any

1

documents or information submitted to the Court shall be submitted under seal pursuant to Local Rules 140 and 141 in order to preserve its confidentiality.

(Doc. 46 at 10, ¶ 3.) To date, the parties have failed to file a stipulated protective order with this Court as directed.

**Thus, this Court ORDERS the parties to show cause in writing, within in five days of the date of this order, as to why they have failed to submit a suitable stipulated protective order to protect the privacy interests at issue**. Alternatively, the parties SHALL file such stipulated protective order within five days of the date of this Order.

Finally, the parties are advised that a failure to follow this Court's orders may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **January 27, 2011**          /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

2