**WILLIAM J. SMITH #056116**
**SHELLEY G. BRYANT #222925**
**AMANDA B. NEWELL #251160**
**SMITH & BRYANT, INC.**
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile

Attorneys for Plaintiff, DEANNA RANGEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA RANGEL, | Case No. 1:09-CV-01467-AWI-GSA |
| Plaintiff, | |
| vs. | **PROTECTIVE ORDER** |
| AMERICAN MEDICAL RESPONSE WEST, a California corporation, JOSE MARTINEZ, an individual (as to GC §12940 and Defamation only), and TRACY J. FISHER, an individual (Defamation only) | Complaint Filed: August 20, 2009<br>Trial Date: July 19, 2011 |
| Defendants. | |

### PROPOSED PROTECTIVE ORDER

Whereas, Defendant, JOSE MARTINEZ, (hereinafter referred to as "Martinez") has served subpoenas for business records on Plaintiff's medical providers, requesting production of documents concerning her medical treatment, the Court has ordered that the subpoenaed parties comply with these requests, subject to the execution of the following Protective Order:

IT IS HEREBY ORDERED THAT:

1. Documents produced in the course of this litigation by Plaintiff's medical providers shall be kept confidential by the parties, shall not be disclosed to any person who is not a Qualified Person as defined below or as provided in 3 below, and shall be used solely for the purpose of this litigation.

**PROPOSED PROTECTIVE ORDER**
Case No. 1:09-CV-01467-AWI-GSA

2. "Document" as used herein means any type or classification of document and includes all information contained in a document or E-mail.

3. "Qualified Person" as used herein means:

   A. Attorneys of record and employees of such attorneys to whom it is necessary that the material be shown for purposes of this litigation, including Experts and Consultants.

   B. Individuals who are a party, or designated representative(s) of a corporate party to this litigation; and

   C. Any person retained by a party or its attorneys of record in this litigation for trial, such as technical experts and consultants; and

   D. Any other person who is designated as a Qualified Person by Order of this Court, after notice of all parties.

4. The documents identified in 1 and 2 above shall not be made available to persons other than Qualified Persons, or to the party who produced the document, or to any person or party who is the proprietor or source of the document, except in the course of deposition, interrogatory or other discovery pleading or trial when inquiry can be made and disclosure of documents allowed for the purpose of inquiry concerning a document, information a document contains, or actions of a witness or others relative to the document or information it contains.

5. Whenever any document or material obtained from Plaintiff's medical providers is used or submitted to the court in conjunction with any filing or proceeding in this litigation, it shall be marked "confidential" and shall be filed separately under seal with the Clerk of the Court consistent with the filing procedures for the court.

5. Nothing shall prevent disclosure beyond the terms of this Order if the party producing the document expressly consents to such disclosure, either in writing or in the record of any proceeding in this case, or if the Court, after notice to all parties, orders such disclosure.

///

**PROPOSED PROTECTIVE ORDER**
Case No. 1:09-CV-01467-AWI-GSA

6. Nothing in the agreed order shall preclude either party from seeking, upon proper motion and notice, an order modifying the terms of this agreed protective order.

ACCEPTED AND AGREED TO:

SMITH & BRYANT, INC.


/s/ William J. Smith
WILLIAM J. SMITH
Attorneys for Plaintiff, DEANNA RANGEL


DOWLING, AARON & KEELER, INC.


/s/ Mark D. Kruthers
MARK KRUTHERS,
Attorneys for Defendant, JOSE MARTINEZ


PAYNE & FEARS, LLP


/s/ Leila Narvid
DANIEL FEARS, LEILA NARVID
Attorneys for Defendants,
AMERICAN MEDICAL RESPONSE WEST
& TRACY FISCHER

**ORDER**


IT IS SO ORDERED.

Dated:   **February 2, 2011**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE