# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA RANGEL,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE WEST,<br>a California corporation, JOSE MARTINEZ,<br>an individual, and TRACY J. FISHER, an<br>individual,<br><br>    Defendants. | 1:09-cv-01467 AWI GSA<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On January 27, 2011, this Court issued an Order To Show Cause regarding the parties' failure to file a protective order as directed in the Court's Order dated December 30, 2010. (*See* Doc. 50.) Later that same date, the parties filed a proposed stipulated protective order in this action. Accordingly, the Order To Show Cause is hereby DISCHARGED.

IT IS SO ORDERED.

Dated: **February 2, 2011**          /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

1