Jeffrey P. Davis            #166484
Mark D. Kruthers            #179750
Micah K. Nilsson            #250919
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
Email: jdavis@daklaw.com
       mkruthers@daklaw.com
       mnilsson@daklaw.com

Attorneys for Defendant JOSE MARTINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA RANGEL<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MEDICAL RESPONSE WEST, a California corporation, JOSE MARTINEZ, an individual (as to GC § 12940, CC § 1708.5 and Defamation only), and TRACY J. FISHER, an individual (Defamation only)<br><br>Defendants. | Case No. 1:09-CV-01467-AWI-GSA<br><br>**DECLARATION OF MARK D. KRUTHERS RE: WITHDRAWAL OF MOTION TO COMPEL AND ORDER**<br><br>Date:        February 18, 2011<br>Time:       9:30 a.m.<br>Courtroom:  10<br><br>Complaint Filed: August 20, 2009<br>Trial Date: July 19, 20111 |

**I.**

**DECLARATION**

I, Mark D. Kruthers, declare:

1. I am an attorney admitted to practice law in the United States District Court, Eastern District of California, and am a shareholder in the law corporation of Dowling, Aaron & Keeler, Inc., attorneys for Defendant JOSE MARTINEZ ("Mr. MARTINEZ").

2. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently to them.



---

**DECLARATION OF MARK D. KRUTHERS AND [PROPOSED] ORDER**

3. As a result of further discussions in response to the Notice of Motion to Compel filed by Mr. MARTINEZ, Plaintiff DEANNA RANGEL ("Plaintiff") served supplemental discovery responses which addressed the issues of concern raised by Mr. MARTINEZ.

4. Based on Plaintiff's supplemental discovery responses, Mr. MARTINEZ has agreed to withdraw his Motion to Compel and requests that the hearing set for February 18, 2011 be taken off calendar.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this Declaration was executed on February 8, 2011, in Fresno, California.

/s/ Mark D. Kruthers
Mark D. Kruthers

## II.

## ORDER

Based upon the Declaration of Mark D. Kruthers set forth above, Mr. MARTINEZ's Motion to Compel is deemed withdrawn and the hearing set for February 18, 2011 is taken off calendar.

IT IS SO ORDERED.

Dated: **February 9, 2011**         /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



DECLARATION OF MARK D. KRUTHERS AND ORDER

3