IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA RANGEL,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICAN MEDICAL RESPONSE WEST, et al.,<br><br>              Defendants. | NO. 1:09-CV-01467 AWI GSA<br><br>ORDER VACATING APRIL 11, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendants' motions for summary judgment have been set for hearing in this case on April 11, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 11, 2011, is VACATED, and the parties shall not appear at that time. As of April 11, 2011, the court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 6, 2011

                                                    CHIEF UNITED STATES DISTRICT JUDGE