# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DEANNA RANGEL, | CASE NO. 1:09-CV-01467-AWI-GSA |
| Plaintiff, | **ORDER TO CONTINUE THE PRE-TRIAL CONFERENCE CURRENTLY SCHEDULED FOR MAY 5, 2011** |
| v. | |
| AMERICAN MEDICAL RESPONSE WEST, a California corporation, JOSE MARTINEZ, an individual (as to GC § 12940 and Defamation only), and TRACY J. FISHER, an individual (Defamation only), | Courtroom:   2, 8th Floor<br>Judge:   Hon. Anthony W. Ishii<br><br>Complaint filed:   August 20, 2009<br>Trial Date:   July 19, 2011 |
| Defendants. | |

### [PROPOSED] ORDER CONTINUING THE PRE-TRIAL CONFERENCE CURRENTLY SCHEDULED FOR MAY 5, 2011

Upon reading the Parties' Stipulation and good cause appearing, the Pre-Trial Conference currently scheduled for May 5, 2011 is hereby continued to May 19, 2011 at 8:30 a.m. in this Department. The Parties shall file Pre-Trial Conference Statements by May 12, 2011.

IT IS SO ORDERED.

Dated:  April 29, 2011                              _____

CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE
PRE-TRIAL CONFERENCE CURRENTLY SCHEDULED FOR 5/5/11          Case No. 1:09-CV-01467-AWI-GSA