# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEANNA RANGEL, | ) | 1:09-cv-1467 AWI-BAM |
| Plaintiff, | ) ) | ORDER SETTING PRE-TRIAL CONFERENCE |
| v. | ) ) | AND TRAIL DATES |
| AMERICAN MEDICAL RESPONSE WEST, et. al, | ) ) ) | Pretrial Conf.:   Date: March 12, 2014<br>Time: 8:30 a.m.<br>Dept.: 2(AWI) |
| Defendants. | ) ) ) | Jury Trial:   Date: May 6, 2014<br>(10 days est.)   Time: 8:30 a.m.<br>Dept.: 2(AWI) |

On May 20, 2013, counsel for Plaintiff Deanna Rangel ("Plaintiff") and Defendants American Medical Response West, Tracy Fisher, and Jose Martinez ("Defendants") submitted a Joint Scheduling Report (Doc. 94) providing proposed pre-trial conference and trial dates pursuant to the Court's April 25, 2013, motion for summary judgment order. (Docs. 90, 91). The parties have indicated that they expect trial to last two weeks and have proposed trial dates beginning the week of April 22, 29, May 6, or 13, 2014. (Doc. 94). The parties did not consent to Magistrate Judge jurisdiction.

The first available date without a trial presently scheduled on District Judge Ishii's calendar is May 6, 2014. Therefore, the trial in this action is set for May 6, 2014, and the pretrial conference is set for March 12, 2014.

The parties are informed that District Court Judges in the Fresno Division of the Eastern District of California now have the heaviest caseload in the nation, and that each judge will be scheduling multiple trials to begin on each available trial date. Civil cases will "trail" other cases

with little or no notice. Moreover, since the law requires that criminal trials be given priority, if a civil trial such as this one is set to begin while a criminal trial is proceeding, the civil trial will trail the completion of the criminal trial. Additionally, in response to its large caseload, the Fresno Division of the Eastern District of California will be assigning its cases, whenever possible, to Article III District Court Judges from around the nation as Visiting Judges. Pursuant to the Local Rules of the United States District Court, Eastern District of California, Appendix A, such reassignments will be random and without advance notice.

The parties are reminded of the availability of the United States Magistrate Judge to conduct all proceedings in this action. A Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. The same jury pool is used by both United States Magistrate Judges and District Court Judges. Since Magistrate Judges do not conduct felony trials, they have greater flexibility in scheduling firm dates.

District Judge Ishii cannot guarantee that the dates set will not be continued due to his heavily impacted trial calendar. Thus, the dates provided in this scheduling order are not firm, as the trial could trail other trials or be reassigned at random to a Visiting Judge. The Court encourages the parties to further consider consenting to Magistrate Judge jurisdiction for all further proceedings in this matter, including trial.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The pre-trial conference is **SET** for March 12, 2014, at 8:30 a.m. in Courtroom 2 before District Judge Ishii; and
2. Trial is **SET** for May 6, 2014, at 8:30 a.m. in Courtroom 2 before District Judge Ishii.

IT IS SO ORDERED.

Dated:   **June 4, 2013**                    /s/ **Barbara A. McAuliffe**
                                                         UNITED STATES MAGISTRATE JUDGE