1  William J. Smith #056116
2  SMITH JOHNSON, INC.
   2350 West Shaw Avenue, Suite 132
3  Fresno, CA 93711
   Telephone:    (559)432-0986
4  Facsimile:    (559)432-4871

5  Attorneys for Plaintiff, DEANNA RANGEL

6  Daniel F. Fears, Bar No. 110573
   PAYNE & FEARS LLP
7  Attorneys at Law
   One Embarcadero Center, Suite 2300
8  San Francisco, CA  94111
   Telephone:    (415)398-7860
9  Facsimile:    (415)398-7863

10 Attorneys for Defendants
   AMERICAN MEDICAL RESPONSE WEST
11 and TRACY J. FISCHER

12 Mark D. Kruthers, Bar No. 179750
   DOWLING, AARON & KEELER, INC.
13 8080 N. Palm Avenue, Third Floor
   P.O. Box 28902
14 Fresno, CA   93729-8902
   Telephone:    (559)432-4500
15 Facsimile:    (559)432-4590

16
17                        **UNITED STATES DISTRICT COURT**

18                        **EASTERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| 20  DEANNA RANGEL, | Case No. 1:09-CV-01467-AWI-BAM |
| 21           Plaintiff, | **STIPULATION AND ORDER TO VACATE THE PRE-TRIAL CONFERENCE CURRENTLY SCHEDULED FOR MARCH 12, 2014 AND JURY TRIAL CURRENTLY SCHEDULED FOR MAY 6, 2014** |
| 22       v. | |
| 23  UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation | |
| 24           Defendant. | Courtroom:  2<br>Judge:        Hon. Anthony W. Ishii |
| 25 | |
| 26 | Complaint Filed: October 10, 2013<br>Trial Date:        May 6, 2014 |

27
28

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their respective counsel, that the Pre-Trial Conference currently scheduled for March 12, 2014, and the Jury Trial currently scheduled for May 6, 2014, be taken off calendar due to Plaintiff's counsel, William J. Smith's serious medical condition, and to allow the parties to participate in some form of dispute resolution.

IT IS REQUESTED that the Court set a Trial Setting Conference in mid to late April, 2014, to re-schedule the Pre-Trial Conference and Jury Trial in the event the matter does not settle.

DATED: March 2, 2014          SMITH JOHNSON, INC.


By: /s/ William J. Smith
    William J. Smith, Attorney for Plaintiff
    DEANNA RANGEL

DATED: March 2, 2014          PAYNE & FEARS


By: /s/Leila S. Narvid for DFF
    DANIEL F. FEARS, Attorneys for
    Defendants, AMERICAN MEDICAL
    RESPONSE WEST and TRACY J.
    FISCHER

DATED: March 2, 2014          DOWLING, AARON & KEELER, INC.


By: /s/Mark D. Kruthers
    MARK D. KRUTHERS, Attorneys for
    Defendant, JOSE MARTINEZ

**ORDER**

   **IT IS HEREBY ORDERED** that the Pre-Trial Conference scheduled for March 12, 2014, is vacated; the Jury Trial Scheduled for May 6, 2014 is vacated, and a Trial Setting Conference is scheduled for April 21st at 1:30 p.m. in courtroom #2.

IT IS SO ORDERED.

Dated:  March 4, 2014                              _____
                                                   SENIOR  DISTRICT  JUDGE