# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA RANGEL, | 1:09-cv-01467-AWI-BAM |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| AMERICAN MEDICAL RESPONSE WEST, JOSE MARTINEZ, and TRACY J. FISHER | |
| Defendants. | |

    The Court refers the parties to previous orders for a complete chronology of the proceedings.

    On March 7, 2014, this Court issued an order vacating the May 6, 2014 trial date previously scheduled in this case due to a calendar conflict resulting from this case being scheduled for trial at the same time as a criminal case and other civil cases. This Court informed the parties of the enormous caseload that the Fresno Division of the Eastern District of California possesses. The Court then provided the standard consent form -- permitting the parties to either consent or decline to consent to the jurisdiction of a United States Magistrate Judge -- and ordered the parties to notify the Court within ten (10) days of their decision by filling the enclosed forms and returning them to the Court. The parties failed to do so by March 17, 2014.

On March 21, 2014, the Court informally contacted Plaintiff's counsel in an effort to ensure compliance with the Court's March 7, 2014 order. Plaintiff's counsel indicated that he would file the requisite form to indicate his intention not to consent to the jurisdiction of a United States Magistrate Judge. Plaintiff did not do so.

On March 26, 2014, the Court issued an Order to Show Cause why sanctions should not be imposed for failure to comply with the Court's previous order. The parties were thereby required to: 1) show cause in writing by April 2, 2014 by 10:00 a.m., why this Court should not impose sanctions due to the parties' failure to comply with this Court's order dated March 7, 2014; and 2) notify the Court of their decision as to whether they will consent to the jurisdiction of a United States Magistrate Judge by filling and submitting the consent form by April 2, 2014.

Both parties filled and submitted the consent forms. See Docs. 103, 104, and 107.[1]

Defendants filed a response to the Order to Show Cause explaining that they misunderstood the Court's previous order requiring filing of the Magistrate Jurisdiction form. The Court is satisfied with Defendants' response. Plaintiff failed to file a response to the Order to Show Cause. This is Plaintiff's second failure to comply with an order issued by this Court.

In light of the fact both parties filed the requisite consent forms, the Court will discharge the Order to Show Cause. The parties have been warned of the consequences of a failure to comply with this Court's orders. This Court again warns Plaintiff that continued failure to comply - in full - with its orders will result in monetary sanctions or dismissal.

Accordingly, IT IS HEREBY ORDERED that the March 26, 2014, order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   April 4, 2014                          _____
                                                 SENIOR  DISTRICT  JUDGE

---

[1] The Court Clerk informed Mr. Smith that the document that he submitted under the title "Consent to Jurisdiction of US Magistrate" was improperly filed since the document actually declined jurisdiction of a United States Magistrate Judge. Mr. Smith was directed to re-file his document using the correct event. He has not yet done so.