WILLIAM J. SMITH, Bar No. 056116
SMITH JOHNSON, INC.
5588 N. Palm Avenue
Fresno, CA 93704
Telephone: (559) 432-0986

Attorneys for Plaintiff, DEANNA RANGEL

DANIEL F. FEARS, Bar No. 110573
LEILA NARVID, Bar No. 229402
E-Mail: *dff@paynefears.com*
E-Mail: *ln@paynefears.com*
PAYNE & FEARS LLP
One Post Street, Suite 1000
San Francisco, CA 94104
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendants
AMERICAN MEDICAL RESPONSE WEST
and TRACY J. FISCHER

JEFFREY P. DAVIS, Bar No. 166484
MARK D. KRUTHERS, Bar No. 179750
MICAH K. NILSSON, Bar No. 250919
DOWLING, AARON & KEELER, INC.
8080 North Palm Avenue, Third Floor
P. O. Box 28902
Fresno, CA 93729-8902
Telephone: (559) 432-4500
Facsimile: (559) 432-4590

Attorneys for Defendant, JOSE MARTINEZ

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DEANNA RANGEL, | CASE NO. 1:09-CV-01467-AWI-GSA |
| Plaintiff, | **STIPULATION AND ORDER SETTING PRE-TRIAL CONFERENCE AND TRIAL DATES** |
| v. | |
| AMERICAN MEDICAL RESPONSE WEST, a California corporation, JOSE MARTINEZ, an individual (as to GC § 12940 and Defamation only), and TRACY J. | Courtroom: 2, 8th Floor<br>Judge: Hon. Anthony W. Ishii |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE POST STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
(415) 398-7860

FISHER, an individual (Defamation only),

Defendants.

Complaint filed: August 20, 2009

## STIPULATION AND REQUEST

Plaintiff Deanna Rangel ("Plaintiff"), on the one hand, and Defendants American Medical Response West ("AMR") and Tracy J. Fischer ("Fischer") (collectively "the AMR parties") and Jose Martinez ("Martinez") on the other hand (collectively, "the Parties"), through their respective attorneys of record, jointly stipulate and request that the Court set new Pre-Trial Conference and Trial dates on the following grounds:

WHEREAS on March 4, 2014, the Court issued an order vacating the Pre-Trial Conference set for March 12, 2014 and the Jury Trial set for May 6, 2014;

WHEREAS the Parties have agreed upon a mediator and are in the process of scheduling a mediation for mid-June 2014;

WHEREAS the Parties jointly stipulate and request that the Court set a Pre-Trial Conference on November 21, 2014 and a Jury Trial on January 20, 2015;

THEREFORE, the Parties hereby STIPULATE as follows:

1. The Pre-Trial conference shall be set for November 21, 2014, and the Jury Trial shall be set for January 20, 2015, and respectfully request that the Court enter an order on this Stipulation.

DATED: April 22, 2014

                                                  SMITH JOHNSON, INC.

                                                  By:  /s/ William J. Smith
                                                            WILLIAM J. SMITH

                                                Attorneys for Plaintiff
                                                DEANNA RANGEL

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE POST STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
(415) 398-7860

DATED: April 22, 2014           PAYNE & FEARS LLP


By: /s/ Leila Narvid
        DANIEL F. FEARS
        LEILA NARVID

Attorneys for Defendants
AMERICAN MEDICAL RESPONSE WEST and
TRACY J. FISCHER

DATED:  April 22, 2014          DOWLING, AARON & KEELER, INC.


By: /s/ Mark D. Kruthers
        MARK D. KRUTHERS

Attorneys for Defendant
JOSE MARTINEZ

### ORDER

Upon reading the Parties' Stipulation and good cause appearing, the Pre-Trial Conference is set for November 21, 2014 at  8:30 a.m. in this Department.  The Parties shall file Pre-Trial Conference Statements by November 10, 2014.  The Jury Trial is set for **Wednesday, January 21,** 2015 at 8:30 a.m. in this Department.

IT IS SO ORDERED.

Dated:   April 22, 2014          _____
                                  SENIOR  DISTRICT  JUDGE