1  WILLIAM J. SMITH, Bar No. 056116
   SMITH JOHNSON, INC.
2  5588 N. Palm Avenue
   Fresno, CA 93704
3  Telephone: (559) 432-0986

4  Attorneys for Plaintiff, DEANNA RANGEL

5
   DANIEL F. FEARS, Bar No. 110573
6  LEILA NARVID, Bar No. 229402
   E-Mail: *dff@paynefears.com*
7  E-Mail: *ln@paynefears.com*
   PAYNE & FEARS LLP
8  One Post Street, Suite 1000
   San Francisco, CA 94104
9  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
10
   Attorneys for Defendants,
11 AMERICAN MEDICAL RESPONSE WEST
   and TRACY J. FISCHER
12
13 MARK D. KRUTHERS, Bar No. 179750
   DOWLING AARON INCORPORATED
14 8080 North Palm Avenue, Third Floor
   P. O. Box 28902
15 Fresno, CA 93729-8902
   Telephone: (559) 432-4500
16 Facsimile: (559) 432-4590

17
   Attorneys for Defendant, JOSE MARTINEZ
18

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEANNA RANGEL, | CASE NO. 1:09-CV-01467-AWI-GSA |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| AMERICAN MEDICAL RESPONSE WEST, a California corporation, JOSE MARTINEZ, an individual (as to GC § 12940 and Defamation only), and TRACY J. FISHER, an individual (Defamation only), | |
| Defendants. | |

# STIPULATION

**THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD HEREBY STIPULATE AS FOLLOWS:**

1. The matter has been fully settled and the parties have executed a written settlement agreement. The agreement calls for this case to be dismissed with prejudice.

2. The parties stipulate that this matter be dismissed with prejudice.

3. The parties request that the Court retain jurisdiction to enforce the settlement agreement.

**IT IS SO STIPULATED**

DATED: July 2, 2014

SMITH JOHNSON, INC.

By: _____
      WILLIAM J. SMITH

Attorneys for Plaintiff,
DEANNA RANGEL

DATED: July 2, 2014          PAYNE & FEARS LLP

By: _____
      DANIEL F. FEARS
      LEILA NARVID

Attorneys for Defendants,
AMERICAN MEDICAL RESPONSE WEST and
TRACY J. FISCHER

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE POST STREET, SUITE 1000
SAN FRANCISCO, CALIFORNIA 94104
(415) 398-7860

2
STIPULATION AND [PROPOSED] ORDER SETTING PRE-TRIAL
CONFERENCE AND TRIAL DATES                    Case No. 1:09-CV-01467-AWI-GSA

DATED: July 2, 2014                    DOWLING AARON INCORPORATED

By: _____
                    MARK D. KRUTHERS

Attorneys for Defendant,
JOSE MARTINEZ

## **ORDER**

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. The Court retains jurisdiction to enforce the terms of the payment provision of the settlement agreement. The Court hereby directs the clerk to close the file in the above-captioned action. This Order is without waiving the ability of any party to move to enforce any provision of the settlement agreement by way of separate legal proceedings if a breach of the agreement is alleged.

IT IS SO ORDERED.

Dated: July 7, 2014                    _____
                                        SENIOR DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER SETTING PRE-TRIAL
CONFERENCE AND TRIAL DATES                              Case No. 1:09-CV-01467-AWI-GSA